UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

ANGEL Y. PASCHAL,                    )
                                           )
             Plaintiff,           )
                                           )
v.                             )     No. 3:17-CV-330
                                         )
CITIMORTGAGE, INC., et al.,     )
                                         )
             Defendant.      )

## **O R D E R**

This civil action is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton [doc. 3]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the record and the pleadings, the Court is in complete agreement with Judge Guyton's recommendation that this case should be dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for which relief may be granted, based on the Court's lack of subject matter jurisdiction. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). It is **ORDERED**, for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that this case is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge